UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Supervised Release
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Paris Cordava Williams | Case Number: | 5:15-CR-59-2BO |
| Name of Sentencing Judge: | Honorable James C. Fox | | |
| Date of Original Sentence: | November 4, 2015 | | |
| Original Offense: | Count One: Bank Robbery and Aiding and Abetting, 18 U.S.C. §§ 2113(a) and 2 | | |
| | Count Three: Felon in Possession of a Firearm 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | 108 months imprisonment 36 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 1/13/2023 |
| Defense Attorney: | Geoffrey W. Hosford | | |

PETITIONING THE COURT

Violation 1 –   <u>Criminal conduct.</u>

On September 18, 2024, the defendant committed felony Second Degree Burglary and felony Theft over $1,500.00. He was arrested for these offenses by the Gaithersburg Police Department under Montgomery County, Maryland case D-06-CR-24-006489.

Violation 2 –   <u>Criminal conduct.</u>

On September 18, 2024, the defendant committed misdemeanor Fourth Degree Burglary (two counts) and misdemeanor Malicious Destruction of Property over $1,000.00. He was arrested for these offenses by the Gaithersburg Police Department under Montgomery County, Maryland case D-06-CR-24-006489.

In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked. Since the defendant has pending criminal charges and a history of violence, it is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

This the 25th day of September, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taylor R. Westphalen
Taylor R. Westphalen
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: September 25, 2024

Paris Cordava Williams
Docket No. 5:15-CR-59-2BO
PROB 12C
Page 2

---

THE COURT ORDERS:

☐     ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

☐     OTHER:

_____      _____
Terrence W. Boyle                                                                    Date
U.S. District Judge